Wayne RESPER, Plaintiff–Appellant,

v.

State of MARYLAND; T. Sires, Sergeant; Sawyer, Sergeant; Detrick, Sergeant, Defendants–Appellees.

No. 15–6357.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 24, 2015.

Wayne Resper, Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Resper appeals the district court's orders denying relief on his motions for reconsideration in his 42 U.S.C. § 1983 (2012) proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Resper v. Maryland*, No. 8:13–cv–03717–PJM (D. Md. Dec. 3, 2014; filed Feb. 12, 2015 and entered Feb. 13, 2015). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*